No. 71–6925. HANDLEY ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 72–40. GONZALES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–54. PLAQUEMINE EQUIPMENT & MACHINE CO. ET AL. *v.* NEUMAN, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 72–74. BARRETT ET AL. *v.* KUNZIG, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–82. TOMEO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–118. KROPKE *v.* UNITED STATES;
No. 72–119. STAPLETON *v.* UNITED STATES;
No. 72–120. KUNZ *v.* UNITED STATES;
No. 72–121. MURPHY *v.* UNITED STATES; and
No. 72–128. STERNKOPF *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 462 F. 2d 1205.

No. 72–131. GRANT ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–141. GREENSEID ET AL. *v.* STEWART, SUPERINTENDENT OF INSURANCE. Ct. App. N. Y. Certiorari denied.

No. 72–142. RUISI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.